# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00279-CV

**Robert Reinauer, Appellant**

**v.**

**Pervasive Software Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN401176, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robert Reinauer and appellee Pervasive Software Inc. have jointly filed with this Court an agreed motion to dismiss, informing this Court that they have settled their dispute and requesting dismissal of the appeal. Accordingly, we grant the parties' agreed motion and dismiss the appeal. *See* Tex. R. App. P. 42.1.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Agreed Motion

Filed:   July 15, 2004